■ The People of the State of New York, Respondent, v James Velez, Appellant. [662 NYS2d 479] —Judgment, Supreme Court, New York County (Franklin Weissberg, J.), rendered June 18, 1996, convicting defendant, after a jury trial, of three counts of perjury in the first degree and sentencing him to concurrent terms of 1 to 3 years, unanimously affirmed. The matter is remanded to Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (5).

The court properly precluded defendant's attempt to impeach a witness concerning the witness's failure, at his own criminal trial, to volunteer testimony on certain subjects that were never brought out on direct or cross-examination (*People v Bornholdt*, 33 NY2d 75, 88, *cert denied sub nom. Victory v New York*, 416 US 905; *see also, People v Brown*, 235 AD2d 303, *lv denied* 89 NY2d 1032). Concur—Murphy, P. J., Sullivan, Ellerin and Williams, JJ.

■ Donna Powell, Individually and as Administratrix of the Estate of Louis Powell, Sr., Deceased, Respondent, v United Parcel Service, Inc., et al., Appellants, et al., Defendant. [662 NYS2d 261] —Order, Supreme Court, New York County (Louis Benza, J.), entered October 2, 1996, which, in an action for wrongful death, granted plaintiff's motion to set aside the jury verdict as to damages and directed a new trial thereon unless the parties stipulated to an award in favor of the decedent's wife in the amount of $200,000 and in favor of the decedent's two children in the combined amount of $175,000, unanimously modified, on the law and the facts, to award funeral expenses in the amount of $6,000, and otherwise affirmed, without costs.

The jury's original award of $50,000 for economic loss to the decedent's wife deviated materially from what is reasonable compensation (CPLR 5501 [c]) in light of the decedent's life and work expectancies and projected earnings at the time of death. We modify as indicated solely to clarify the apparent intent of the trial court, which reflects the relief requested by plaintiff both at trial and on appeal. We have considered appellants' other arguments and find them to be without merit. Concur—Murphy, P. J., Sullivan, Ellerin and Williams, JJ.